# O'REILLY & SHAW, L.L.C.
### ATTORNEYS AT LAW

FRANCIS L. O'REILLY
JANE FORD SHAW

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

December 8, 2021

Paul E Davison

Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Luis Peralta
      DK#7:21mj11434(JCM)

Dear Judge McCarthy:

On November 30, 2021, the above referenced client was arrested and released on conditions. At the time of Mr. Peralta's release Your Honor imposed a Personal Recognizance Bond in the amount of $50,000.00, to be co-signed by two financially responsible persons. Your Honor gave the undersigned one week in order to have the Bond paperwork completed. As of this date the two financially responsible persons have not been interviewed by the United States Attorney's office and therefore the bond paper work has not been completed. I have been informed that the interviews are to take place today, December 8, 2021. Therefore the undersigned is requesting, Nunc Pro Tunc, one additional week until December 14, 2021, to complete the bond paperwork for the Court. The undersigned has contacted Assistant United States Attorney Kevin Sullivan and he has no objection to this request. Therefore, for all of the above reasons the undersigned respectfully requests an extension until December 14, 2021, in order to complete and file the bond paperwork in this case.

Very truly yours,

Francis L. O'Reilly

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.

12-8-21